**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: N.J., A MINOR | : | No. 337 EAL 2019 |
| | : | |
| | : | |
| PETITION OF: B.P., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: N.M.J., A MINOR | : | No. 338 EAL 2019 |
| | : | |
| | : | |
| PETITION OF: B.M.P., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.